**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **MDL No. 2545**<br><br>**Master Docket Case No. 1:14-cv-01748**<br><br>**Honorable Matthew F. Kennelly** |
| JOHN T. CONKLIN,<br>5085 Southern Paradise Lane<br>Milton, Florida 32583<br>      Plaintiff<br>vs.<br><br>ABBVIE, INC.<br>1 North Waukegan Road<br>North Chicago, Illinois 60064<br>and<br>ABBOTT LABORATORIES, INC.<br>100 Abbott Park Road<br>Abbott Park, Illinois 60064<br>      Defendants | Civil Action No: 1:15-cv-04808 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Case Management Order #20, Paragraph 7, Plaintiff John T. Conklin, by and through his undersigned counsel, hereby gives notice that he is voluntarily dismissing his claims against the above-named Defendants without prejudice to his right to refile said claims.

                                              Respectfully submitted,

                                              /s/ Mark A. Hoffman
                                              Mark A. Hoffman, Esquire
                                              ROSS FELLER CASEY, LLP
                                              1650 Market Street, Suite 3450
                                              Philadelphia, PA  19103
                                              Tel.: (215) 574-2000
                                              Fax: (215) 574-3080
                                              mhoffman@rossfellercasey.com
                                              *Counsel for Plaintiffs*

Dated: August 14, 2015

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 14, 2015, a true and correct copy of the foregoing Notice of Voluntary Dismissal has been electronically filed with the Clerk of Court using the CM/ECF system which will automatically serve and send notice of electronic filing to all registered attorneys of record, namely:

Hope S. Freiwald
Christopher R. Boisvert
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
Attorney for Defendants

                                        /s/ Mark A. Hoffman
                                        MARK A. HOFFMAN

DATE: August 14, 2015